No. 365.   GREENHILL *v.* UNITED STATES, *ante,* p. 891;

No. 195, Misc.   MORRIS *v.* BETO, CORRECTIONS DIREC-TOR, *ante,* p. 913;

No. 247, Misc.   MILLER *v.* PATE, WARDEN, *ante,* p. 898;

No. 281, Misc.   TAYLOR *v.* UNITED STATES, *ante,* p. 894;

No. 330, Misc.   THREATT *v.* UNITED STATES, *ante,* p. 896;

No. 477, Misc.   GIAGNOCAVO *v.* AMERICAN CAN CO., *ante,* p. 897; and

No. 519, Misc.   McCONNON ET AL. *v.* RAOUL-DUVAL ET AL., *ante,* p. 898.   Petitions for rehearing denied.

DECEMBER 26, 1962.

No. 449.   FAHY ET AL. *v.* CONNECTICUT.   On petition for writ of certiorari to the Supreme Court of Errors of Connecticut.   Petition as to petitioner Arnold dismissed pursuant to Rule 60 of the Rules of this Court.   *S. Floyd Nagle* and *John J. Sullivan* for petitioner Arnold.   *Lorin W. Willis* for respondent.

JANUARY 7, 1963.

No. 10, Original.   VIRGINIA *v.* MARYLAND.   The report of the Special Master is received, approved and ordered filed.   In view of the suggestion of the parties and the recommendation of the Special Master that the case has been settled and is now moot, the bill of complaint is dismissed.   The costs in this case are to be equally divided between the parties.   The Special Master, having completed all of his duties, is hereby discharged.   [For previous decision and order of the Court, see 355 U. S. 269, 946.]